## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BORAGI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., et al.,<br><br>Defendants. | Case No.: 3:21-cv-0116-L-MSB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the joint motion of the parties, and upon good cause shown, Plaintiff Nicholas Boragi and Defendant IHG Management (Maryland) LLC (incorrectly sued as Intercontinental Hotels Group Resources, Inc. and Six Continents Hotels, Inc.)'s joint motion to dismiss is **GRANTED.** This action is **dismissed with prejudice** as to all parties and all causes of action. Each party is to bear their own costs and fees. **IT IS SO ORDERED**.

Dated:  March 18, 2022

_____
Hon. M. James Lorenz
United States District Judge